UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REBECCA HAYNES-BORDAS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE TRUSTEES OF PURDUE ) | CAUSE NO: l:16-cv-00600-SEB-TAB |
| UNIVERSITY, PURDUE EXTENSION ) | |
| CENTRAL DISTRICT, ) | |
| MITCHELL DANIELS JR., IN HIS ) | |
| OFFICIAL CAPACITY OF ) | |
| PURDUE UNIVERSITY PRESIDENT, ) | |
| DR. JASON HENDERSON, IN HIS ) | |
| OFFICIAL CAPACITY OF ) | |
| ASSOCIATE DEAN, COLLEGE OF ) | |
| AGRICULTURE AND ) | |
| DIRECTOR, PURDUE ) | |
| EXTENSION PURDUE UNIVERSITY ) | |
| NORTH CENTRAL REGION ) | |
| ) | |
| DEFENDANTS. ) | |

> Acknowledged.
>
> This cause is dismissed with prejudice.
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 4/3/2017

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned cause of action in its entirety, with each party to bear its own costs and fees.